```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 01289
   SHERMAN A BYRD
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-7701

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/22/2008 and was confirmed 04/10/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
MIDLAND CREDIT MANAGEMEN   UNSECURED         212.81           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED         320.56           .00            .00
SPRINT                     UNSECURED       NOT FILED          .00            .00
CITY OF CHICAGO PARKING    UNSECURED        1890.00           .00            .00
US SPRINT                  UNSECURED       NOT FILED          .00            .00
CAR TOWN INC               UNSECURED       NOT FILED          .00            .00
PFF EMERGENCY SERVICES     UNSECURED       NOT FILED          .00            .00
WEBSTER EMERGENCY PHYSCI   UNSECURED       NOT FILED          .00            .00
WEBSTER EMERGENCY PHYSCI   UNSECURED       NOT FILED          .00            .00
B-REAL LLC                 UNSECURED         361.18           .00            .00
WEBSTER EMERGENCY PHYSIC   UNSECURED       NOT FILED          .00            .00
WEBSTER EMERGENCY PHYSIC   UNSECURED       NOT FILED          .00            .00
MCI COMMUNICATIONS         UNSECURED       NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         431.81           .00            .00
RACHNAT AUSTIN             NOTICE ONLY    NOT FILED           .00            .00
IL STATE DISBURSEMENT UN   DSO ARREARS       1674.17          .00            .00
IL STATE DISBURSEMENT UN   DSO ARREARS     NOT FILED          .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,314.00                      161.00
TOM VAUGHN                 TRUSTEE                                         14.00
DEBTOR REFUND              REFUND                                            .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                175.00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                               161.00
TRUSTEE COMPENSATION                          14.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 01289 SHERMAN A BYRD
```

```
DEBTOR REFUND                                                            .00
                                         ---------------      ---------------
TOTALS                                            175.00               175.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 11/20/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE